# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| **STEVE DUNCAN**<br>ADC # 103550 | **PLAINTIFF** |
| v. | Case No. 1:18-cv-00083-KGB-JTK |
| **CORRECTIONAL CARE SOLUTIONS,** *et al*. | **DEFENDANTS** |

## ORDER

Before the Court are the Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 9). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 9). Accordingly, the Court dismisses without prejudice Mr. Duncan's claims against defendants Correctional Care Solutions, Rory Griffin, Sheila Armstrong, and Billy Cowell for failure to state a claim.

It is so ordered this 15th day of May, 2019.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge