IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVE DUNCAN                                                                                            PLAINTIFF
ADC #103550

v.                             Case No. 1:18-cv-00083-KGB-JTK

DR. DAVID FORT                                                                                         DEFENDANT

## JUDGMENT

Consistent with the Order entered in this matter on this date, it is considered, ordered and adjudged that this action is dismissed with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this the 11th day of February, 2020.

_____
Kristine G. Baker
United States District Judge